# MOKELUMNE HILL CANAL AND MINING COMPANY v. WOODBURY.

This Court will not look through a voluminous record for errors of the Court below, where none are assigned by counsel, and where there is no abstract of facts on file.

APPEAL from the District Court of the Fifth Judicial District, County of Calaveras.

*Shafter, Park & Heydenfeldt,* for Appellant.

*Robinson & Beatty* for Respondents.

BURNETT, J., delivered the opinion of the Court—TERRY, C. J., and FIELD, J., concurring.

This is an appeal from an order of the Court below, dissolving an injunction. The record contains a mass of affidavits, and other matter, making a transcript of near one hundred pages. There is no brief, and no abstract of facts on file, and it is only alleged, in general terms, that the Court erred in dissolving the injunction. We can not look through this large record for errors, when none have been stated by counsel.

The order of the District Court is, therefore, affirmed.